IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. WILLIAM M. POLLACK, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 14 C 3088 |
| | ) | |
| v. | ) | Judge Pallmeyer |
| | ) | Magistrate Judge Brown |
| BBCN BANK | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## **STIPULATION OF DISMISSAL**

Plaintiff Dr. William M. Pollack and Defendant BBCN Bank by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Plaintiff Dr. William M. Pollack's individual claims against Defendant BBCN Bank with prejudice and without costs. Plaintiff Dr. William M. Pollack's class claims against Defendant BBCN Bank are dismissed without prejudice and without costs. Plaintiff Dr. William M. Pollack's claims against John Does 1-10 are dismissed without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Max A. Stein (w/ permission) |
| Daniel A. Edelman | Max A. Stein |
| Heather Kolbus | BOODELL & DOMANSKIS, LLC |
| EDELMAN, COMBS, LATTURNER | 353 N. Clark Street |
|     & GOODWIN, LLC | Suite 1800 |
| 20 S. Clark St., Suite 1500 | Chicago, IL 60654 |
| Chicago, IL 60603 | (312) 938-4070 |
| (312) 739-4200 | (312) 540-1162 (FAX) |
| (312) 419-0379 (FAX) | |

**CERTIFICATE OF SERVICE**

       I, Heather Kolbus, hereby certify that on October 28, 2014, I caused the foregoing document to be filed via the Court's CM/ECF system, which will send notification of such filing to the following parties:

    Max A. Stein (mstein@boodlaw.com )
    Boodell & Domanskis, LLC
    353 North Clark Street, Suite 1800
    Chicago, Illinois 60654
    (312) 938-4070


                                   s/Heather Kolbus
                                   Heather Kolbus



Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)